**STATE OF MONTANA,**
        **Plaintiff,**              **NO. DC 97-549**
        **vs.**                   **DECISION**

**Jerry G. Beall,**
        **Defendant.**

On April 13, 1998, the Defendant was committed to the Department of Corrections and Human Services pursuant to Section 46-18-201(e), MCA, to be placed in an appropriate community based program, facility or a State Correctional Institution, for custody, care and treatment for the term of five (5) years. Defendant received credit for 138 days already served in the Yellowstone County Detention Facility.

On August 13, 1998, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was fur-

ther advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 13th day of August, 1998.

DATED this 1st day of September, 1998.

**Chairman, Hon. Wm. Nels Swandal, Member, Hon. Jeff Langton and Alt. Member, Hon. Robert Boyd.**